IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KLEIN TOOLS, INC., SUCCESSOR IN INTEREST TO GRIP-IT CORP. | : | CIVIL ACTION |
| v. | : : | No. 02-3665 |
| ETTA M. LAIRD | : : | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on January 15, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

> Michael E. Kunz
> Clerk of Court
>
> By:_____
> Crystal Wardlaw
> Deputy Clerk
> Phone:267-299-7073

Date:<u>October 9, 2002</u>

Copies:    Carol James, Courtroom Deputy to Judge Mary A. McLaughlin
           Docket Clerk - Case File

    Counsel:    Michael N. Onufrak, Esq.
                Warren L. Soffian, Esq.

ARB2.FRM